IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROSE RODRIGUEZ-RABIN

    Petitioner,

v.                                      Case No. 5:23cv130/MCR/MAL

BARRY WINGFIELD,
WARDEN F.C.I. MARIANNA,

    Respondent.
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 7, 2024.  ECF No. 16.  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this order.

2. Petitioner's *pro se* amended Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 6, is **dismissed**.

**DONE and ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**